**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Faruq C.A. SHAFIQ, Defendant–**
**Appellant.**

**No. 09–7639.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 17, 2010.

Decided: June 23, 2010.

Faruq C.A. Shafiq, Appellant Pro Se. Sara Elizabeth Chase, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Faruq C.A. Shafiq appeals the district court's order denying relief on his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Shafiq*, No. 3:03–cr–00338–JRS–1 (E.D.Va. Aug. 10, 2009). We deny Shafiq's motion for appointment of counsel and dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*